# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JENNIFER SORRELLS, | : | Case No. 3:18-cv-00167 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | | |

---

### ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 13), ADOPTING REPORT AND RECOMMENDATION (DOC. 12), AFFIRMING THE COMMISSIONER'S NON-DISABILITY DECISION, AND TERMINATING THIS CASE

---

This Social Security disability benefits appeal is before the Court on the Objections (Doc. 13) filed by Plaintiff Jennifer Sorrells ("Plaintiff") to Magistrate Judge Sharon L. Ovington's Report and Recommendation ("Report") (Doc. 12). Magistrate Judge Ovington recommended that the Commissioner's non-disability decision be affirmed. Plaintiff filed Objections to the Report. (Doc. 13.) The Commissioner has not responded to Plaintiff's Objections, but the Court deems no response necessary based upon its review of the record. This matter is therefore ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 13) to the Report are not well-taken and are **OVERRULED**. The Court **ADOPTS** the Report (Doc. 12) and rules as follows:

    1. The Commissioner's non-disability decision is supported by substantial evidence in the record and is **AFFIRMED**; and

2. This case is **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, September 16, 2019.

                                                    s/Thomas M. Rose

                                        _____
                                              THOMAS M. ROSE
                                  UNITED STATES DISTRICT JUDGE